## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ISSA CONTEH, individually and     :
in the Name of the United States     :
Pursuant to the False Claims Act,     :
31 U.S.C., Section 3730,     :
    :
      Plaintiff,     :
    :
    :   Civil Action No. 12-1074(RBW)
      v.     :
    :
    :
IKON OFFICE SOLUTIONS, INC.,     :
and RICOH     :
    :
      Defendants.     :

### AMENDED COMPLAINT

**Exhibits**

1. Contract Exerpts

2. 2009 Wage Determination

3. 2010 Wage Determination

4. Mr. Conteh's Representative Pay Stubs as an IKON Employee

5. Mr. Conteh's Representative Pay Stubs as an employee for IAP World Services and
   AppleOne

<u>ADMINISTRATIVE SUPPORT SERVICES</u>

CONTRACT NUMBER <u>CORHQ1016</u>

CONTRACTOR:  IKON OFFICE SOLUTIONS, INC.

EXHIBIT

| Base Year 2 | $2,980,027 |
|---|---|
| Option Period 1 | $3,055,856 |
| Option Period 2 | $3,133,627 |
| Option Period 3 | $3,243,391 |
| Total (if all Option Periods are exercised): | $14,951,751 |

Contractor must notify the Contracting Officer, in writing, when Contractor has incurred charges to the FDIC, in the aggregate, of seventy-five percent (75%) of each dollar amount.

### 5.1.2 Service Contract Act

Contractor must comply with the U.S. Department of Labor Wage Determination provided as Attachment 4 to this Contract.

### 5.1.3 Travel Expenses

The FDIC will reimburse Contractor for necessary travel and per diem expenses ("Travel Expenses"), which include subcontractor travel expenses, if any, that do not exceed amounts allowable under the FDIC Contractor Travel Reimbursement Guidelines, a copy of which is attached to this Contract as Attachment 5 and is incorporated herein by reference. All travel must be approved in advance, in writing, by the Contracting Officer or Oversight Manager unless such travel was set out in Contractor's Proposal which was accepted by the FDIC at the time of Contract award or modification. In no event will the FDIC separately reimburse Contractor, outside of the pricing set out in this Contract, for any other costs or expenses it incurs in connection with its performance under this Contract, including fees for labor hours incurred while traveling to, and from, the work site.

### 5.1.4 Fees and Expenses of Subcontractors

The FDIC may pay amounts Contractor has been invoiced for labor hours actually worked, exclusive of travel time, vacation, holiday, sick leave and other absences, by its approved subcontractors in performing under this Contract, provided that its approved subcontractors' hourly rates and labor hours have been approved in advance by the FDIC Contracting Officer and provided that such amounts are a straight pass-through with no surcharge or markup added by Contractor.

### 5.2    Billing Instructions

The FDIC will compensate Contractor as follows:

### 5.2.1 General Provisions

All invoices must be submitted in accordance with the attached General Provision, "Invoice Preparation and Submission" (Attachment 3 to this Contract).

| Line Item Number | Line Item Description |
|---|---|

05-2167.txt

| | |
|---|---|
| 99830 - Survey Party Chief | 23.78 |
| 99831 - Surveying Aide | 14.93 |
| 99832 - Surveying Technician | 20.46 |
| 99840 - Vending Machine Attendant | 14.63 |
| 99841 - Vending Machine Repairer | 16.79 |
| 99842 - Vending Machine Repairer Helper | 14.63 |

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $3.35 per hour or $134.00 per week or $580.66 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 5 years, and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor, wherever employed, and with the predecessor contractors in the
performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, Martin Luther
King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor
Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A
contractor may substitute for any of the named holidays another day off with pay in
accordance with a plan communicated to the employees involved.) (See 29 CFR 4174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b), this wage determination does
not apply to any employee who individually qualifies as a bona fide executive,
administrative, or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition, because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees. For
example, if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate,
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally, because job titles vary widely and change quickly in the computer
industry, job titles are not determinative of the application of the computer
professional exemption. Therefore, the exemption applies only to computer employees
who satisfy the compensation requirements and whose primary duty consists of:
    (1) The application of systems analysis techniques and procedures, including
consulting with users, to determine hardware, software or system functional
specifications;
    (2) The design, development, documentation, analysis, creation, testing or
modification of computer systems or programs, including prototypes, based on and
related to user or system design specifications;
    (3) The design, documentation, testing, creation or modification of computer
programs related to machine operating systems; or
    (4) A combination of the aforementioned duties, the performance of which

Page 7

```
WD 05-2104 (Rev.-10) was first posted on www.wdol.gov on 06/02/2009
*****************************************************************************
REGISTER OF WAGE DETERMINATIONS UNDER  |    U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT        |  EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor  |       WAGE AND HOUR DIVISION
                                        |        WASHINGTON D.C.  20210
                                        |
                                        |
                                        |
                                        | Wage Determination No.: 2005-2104
Shirley F. Ebbesen        Division of   |      Revision No.: 10
Director            Wage Determinations |    Date Of Revision: 05/26/2009
```

States: District of Columbia, Maryland, Virginia

Area: District of Columbia Statewide
Maryland Counties of Calvert, Charles, Frederick, Montgomery, Prince
George's, St Mary's
Virginia Counties of Alexandria, Arlington, Fairfax, Falls Church, Fauquier,
King George, Loudoun, Prince William, Stafford

---

| | **Fringe Benefits Required Follow the Occupational Listing** | |
|---|---|---|
| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.05 |
| 01012 - Accounting Clerk II | | 15.78 |
| 01013 - Accounting Clerk III | | 20.27 |
| 01020 - Administrative Assistant | | 28.55 |
| 01040 - Court Reporter | | 19.95 |
| 01051 - Data Entry Operator I | | 14.38 |
| 01052 - Data Entry Operator II | | 15.69 |
| 01060 - Dispatcher, Motor Vehicle | | 16.94 |
| 01070 - Document Preparation Clerk | | 14.21 |
| 01090 - Duplicating Machine Operator | | 14.21 |
| 01111 - General Clerk I | | 13.92 |
| 01112 - General Clerk II | | 15.32 |
| 01113 - General Clerk III | | 18.74 |
| 01120 - Housing Referral Assistant | | 25.29 |
| 01141 - Messenger Courier | | 12.38 |
| 01191 - Order Clerk I | | 14.85 |
| 01192 - Order Clerk II | | 16.29 |
| 01261 - Personnel Assistant (Employment) I | | 17.31 |
| 01262 - Personnel Assistant (Employment) II | | 19.36 |
| 01263 - Personnel Assistant (Employment) III | | 21.66 |
| 01270 - Production Control Clerk | | 22.03 |
| 01280 - Receptionist | | 14.12 |
| 01290 - Rental Clerk | | 16.55 |
| 01300 - Scheduler, Maintenance | | 17.49 |
| 01311 - Secretary I | | 17.49 |
| 01312 - Secretary II | | 19.70 |
| 01313 - Secretary III | | 25.29 |
| 01320 - Service Order Dispatcher | | 16.10 |
| 01410 - Supply Technician | | 28.55 |
| 01420 - Survey Worker | | 19.46 |
| 01531 - Travel Clerk I | | 12.92 |
| 01532 - Travel Clerk II | | 13.89 |
| 01533 - Travel Clerk III | | 14.92 |
| 01611 - Word Processor I | | 14.21 |
| 01612 - Word Processor II | | 16.65 |
| 01613 - Word Processor III | | 19.95 |

EXHIBIT
2

```
05000 - Automotive Service Occupations
  05005 - Automobile Body Repairer, Fiberglass        25.26
  05010 - Automotive  Electrician                     23.51
  05040 - Automotive Glass Installer                  22.15
  05070 - Automotive Worker                           22.15
  05110 - Mobile Equipment Servicer                   19.04
  05130 - Motor Equipment Metal Mechanic              24.78
  05160 - Motor Equipment Metal Worker                22.15
  05190 - Motor Vehicle Mechanic                      24.78
  05220 - Motor Vehicle Mechanic Helper               18.49
  05250 - Motor Vehicle Upholstery Worker             21.63
  05280 - Motor Vehicle Wrecker                       22.15
  05310 - Painter, Automotive                         23.51
  05340 - Radiator Repair Specialist                  22.15
  05370 - Tire Repairer                               14.44
  05400 - Transmission Repair Specialist              24.78
07000 - Food Preparation And Service Occupations
  07010 - Baker                                       13.48
  07041 - Cook I                                      11.97
  07042 - Cook II                                     13.28
  07070 - Dishwasher                                   9.82
  07130 - Food Service Worker                         10.66
  07210 - Meat Cutter                                 17.04
  07260 - Waiter/Waitress                              9.70
09000 - Furniture Maintenance And Repair Occupations
  09010 - Electrostatic Spray Painter                 18.05
  09040 - Furniture Handler                           12.78
  09080 - Furniture Refinisher                        18.39
  09090 - Furniture Refinisher Helper                 14.11
  09110 - Furniture Repairer, Minor                   16.31
  09130 - Upholsterer                                 18.05
11000 - General Services And Support Occupations
  11030 - Cleaner, Vehicles                           10.50
  11060 - Elevator Operator                           10.50
  11090 - Gardener                                    16.22
  11122 - Housekeeping Aide                           11.25
  11150 - Janitor                                     11.25
  11210 - Laborer, Grounds Maintenance                12.47
  11240 - Maid or Houseman                            11.03
  11260 - Pruner                                      11.37
  11270 - Tractor Operator                            14.66
  11330 - Trail Maintenance Worker                    12.47
  11360 - Window Cleaner                              11.68
12000 - Health Occupations
  12010 - Ambulance Driver                            19.46
  12011 - Breath Alcohol Technician                   18.55
  12012 - Certified Occupational Therapist Assistant  21.01
  12015 - Certified Physical Therapist Assistant      21.01
  12020 - Dental Assistant                            16.97
  12025 - Dental Hygienist                            40.68
  12030 - EKG Technician                              25.95
  12035 - Electroneurodiagnostic Technologist         25.95
  12040 - Emergency Medical Technician                20.41
  12071 - Licensed Practical Nurse I                  18.82
  12072 - Licensed Practical Nurse II                 21.09
  12073 - Licensed Practical Nurse III                23.47
  12100 - Medical Assistant                           14.89
  12130 - Medical Laboratory Technician               18.04
  12160 - Medical Record Clerk                        16.06
  12190 - Medical Record Technician                   18.27
```

| Code | Occupation | Rate |
|------|------------|------|
| 12195 | – Medical Transcriptionist | 18.77 |
| 12210 | – Nuclear Medicine Technologist | 34.18 |
| 12221 | – Nursing Assistant I | 10.47 |
| 12222 | – Nursing Assistant II | 11.77 |
| 12223 | – Nursing Assistant III | 13.02 |
| 12224 | – Nursing Assistant IV | 14.62 |
| 12235 | – Optical Dispenser | 20.17 |
| 12236 | – Optical Technician | 14.41 |
| 12250 | – Pharmacy Technician | 16.47 |
| 12280 | – Phlebotomist | 14.62 |
| 12305 | – Radiologic Technologist | 28.28 |
| 12311 | – Registered Nurse I | 26.73 |
| 12312 | – Registered Nurse II | 32.41 |
| 12313 | – Registered Nurse II, Specialist | 32.41 |
| 12314 | – Registered Nurse III | 38.98 |
| 12315 | – Registered Nurse III, Anesthetist | 38.98 |
| 12316 | – Registered Nurse IV | 46.73 |
| 12317 | – Scheduler (Drug and Alcohol Testing) | 19.75 |
| 13000 | – Information And Arts Occupations | |
| 13011 | – Exhibits Specialist I | 19.86 |
| 13012 | – Exhibits Specialist II | 24.61 |
| 13013 | – Exhibits Specialist III | 30.09 |
| 13041 | – Illustrator I | 20.48 |
| 13042 | – Illustrator II | 25.38 |
| 13043 | – Illustrator III | 31.03 |
| 13047 | – Librarian | 30.80 |
| 13050 | – Library Aide/Clerk | 14.21 |
| 13054 | – Library Information Technology Systems Administrator | 27.82 |
| 13058 | – Library Technician | 19.89 |
| 13061 | – Media Specialist I | 18.73 |
| 13062 | – Media Specialist II | 20.95 |
| 13063 | – Media Specialist III | 23.36 |
| 13071 | – Photographer I | 16.14 |
| 13072 | – Photographer II | 18.90 |
| 13073 | – Photographer III | 23.67 |
| 13074 | – Photographer IV | 28.65 |
| 13075 | – Photographer V | 30.69 |
| 13110 | – Video Teleconference Technician | 19.35 |
| 14000 | – Information Technology Occupations | |
| 14041 | – Computer Operator I | 18.54 |
| 14042 | – Computer Operator II | 20.74 |
| 14043 | – Computer Operator III | 23.12 |
| 14044 | – Computer Operator IV | 25.69 |
| 14045 | – Computer Operator V | 28.45 |
| 14071 | – Computer Programmer I | (see 1) | 25.43 |
| 14072 | – Computer Programmer II | (see 1) | |
| 14073 | – Computer Programmer III | (see 1) | |
| 14074 | – Computer Programmer IV | (see 1) | |
| 14101 | – Computer Systems Analyst I | (see 1) | |
| 14102 | – Computer Systems Analyst II | (see 1) | |
| 14103 | – Computer Systems Analyst III | (see 1) | |
| 14150 | – Peripheral Equipment Operator | 18.54 |
| 14160 | – Personal Computer Support Technician | 25.69 |
| 15000 | – Instructional Occupations | |
| 15010 | – Aircrew Training Devices Instructor (Non-Rated) | 35.71 |
| 15020 | – Aircrew Training Devices Instructor (Rated) | 43.84 |
| 15030 | – Air Crew Training Devices Instructor (Pilot) | 52.55 |
| 15050 | – Computer Based Training Specialist / Instructor | 34.39 |
| 15060 | – Educational Technologist | 32.75 |

```
15070 - Flight Instructor (Pilot)
15080 - Graphic Artist                                          52.55
15090 - Technical Instructor                                    26.80
15095 - Technical Instructor/Course Developer                   25.08
15110 - Test Proctor                                            30.67
15120 - Tutor                                                   20.20
                                                                20.20
16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations
16010 - Assembler                                                9.44
16030 - Counter Attendant                                        9.44
16040 - Dry Cleaner                                             12.21
16070 - Finisher, Flatwork, Machine                              9.44
16090 - Presser, Hand                                            9.44
16110 - Presser, Machine, Drycleaning                            9.44
16130 - Presser, Machine, Shirts                                 9.44
16160 - Presser, Machine, Wearing Apparel, Laundry               9.44
16190 - Sewing Machine Operator                                 13.07
16220 - Tailor                                                  13.90
16250 - Washer, Machine                                         10.41
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                       19.22
19040 - Tool And Die Maker                                      23.38
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                       17.90
21030 - Material Coordinator                                     22.03
21040 - Material Expediter                                       22.03
21050 - Material Handling Laborer                                12.92
21071 - Order Filler                                            13.87
21080 - Production Line Worker (Food Processing)                17.90
21110 - Shipping Packer                                         14.46
21130 - Shipping/Receiving Clerk                                14.46
21140 - Store Worker I                                          11.44
21150 - Stock Clerk                                             16.46
21210 - Tools And Parts Attendant                               17.90
21410 - Warehouse Specialist                                    17.90
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                             25.68
23021 - Aircraft Mechanic I                                     24.46
23022 - Aircraft Mechanic II                                    25.68
23023 - Aircraft Mechanic III                                   26.97
23040 - Aircraft Mechanic Helper                                16.61
23050 - Aircraft, Painter                                       23.42
23060 - Aircraft Servicer                                       18.71
23080 - Aircraft Worker                                         19.90
23110 - Appliance Mechanic                                      21.62
23120 - Bicycle Repairer                                        14.43
23125 - Cable Splicer                                           25.61
23130 - Carpenter, Maintenance                                  20.99
23140 - Carpet Layer                                            19.33
23160 - Electrician, Maintenance                                27.43
23181 - Electronics Technician Maintenance I                    23.70
23182 - Electronics Technician Maintenance II                   25.15
23183 - Electronics Technician Maintenance III                  26.50
23260 - Fabric Worker                                           19.01
23290 - Fire Alarm System Mechanic                              22.78
23310 - Fire Extinguisher Repairer                              17.52
23311 - Fuel Distribution System Mechanic                       22.81
23312 - Fuel Distribution System Operator                       19.38
23370 - General Maintenance Worker                              21.43
23380 - Ground Support Equipment Mechanic                       24.46
23381 - Ground Support Equipment Servicer                       18.71
```

```
23382 - Ground Support Equipment Worker                     19.90
23391 - Gunsmith I                                          17.52
23392 - Gunsmith II                                         20.38
23393 - Gunsmith III                                        22.78
23410 - Heating, Ventilation And Air-Conditioning           22.94
Mechanic
23411 - Heating, Ventilation And Air Contditioning          24.37
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                            22.78
23440 - Heavy Equipment Operator                            22.78
23460 - Instrument Mechanic                                 22.59
23465 - Laboratory/Shelter Mechanic                         21.62
23470 - Laborer                                             14.27
23510 - Locksmith                                           21.11
23530 - Machinery Maintenance Mechanic                      22.99
23550 - Machinist, Maintenance                              21.78
23580 - Maintenance Trades Helper                           16.61
23591 - Metrology Technician I                              22.59
23592 - Metrology Technician II                             23.80
23593 - Metrology Technician III                            24.96
23640 - Millwright                                          28.19
23710 - Office Appliance Repairer                           22.96
23760 - Painter, Maintenance                                21.62
23790 - Pipefitter, Maintenance                             23.19
23810 - Plumber, Maintenance                                20.99
23820 - Pneudraulic Systems Mechanic                        22.78
23850 - Rigger                                              22.78
23870 - Scale Mechanic                                      20.38
23890 - Sheet-Metal Worker, Maintenance                     22.78
23910 - Small Engine Mechanic                               20.38
23931 - Telecommunications Mechanic I                       27.74
23932 - Telecommunications Mechanic II                      29.24
23950 - Telephone Lineman                                   26.38
23960 - Welder, Combination, Maintenance                    22.78
23965 - Well Driller                                        22.78
23970 - Woodcraft Worker                                    22.78
23980 - Woodworker                                          17.52
24000 - Personal Needs Occupations
24570 - Child Care Attendant                                12.79
24580 - Child Care Center Clerk                             17.77
24610 - Chore Aide                                          10.52
24620 - Family Readiness And Support Services               15.68
Coordinator
24630 - Homemaker                                           18.43
25000 - Plant And System Operations Occupations
25010 - Boiler Tender                                       27.10
25040 - Sewage Plant Operator                               20.73
25070 - Stationary Engineer                                 27.10
25190 - Ventilation Equipment Tender                        19.08
25210 - Water Treatment Plant Operator                      20.73
27000 - Protective Service Occupations
27004 - Alarm Monitor                                       20.57
27007 - Baggage Inspector                                   12.66
27008 - Corrections Officer                                 22.25
27010 - Court Security Officer                              23.33
27030 - Detection Dog Handler                               20.57
27040 - Detention Officer                                   22.25
27070 - Firefighter                                         22.39
27101 - Guard I                                             12.66
27102 - Guard II                                            20.57
```

```
27131 - Police Officer I                                                26.14
27132 - Police Officer II                                               28.99
28000 - Recreation Occupations
  28041 - Carnival Equipment Operator                                   13.59
  28042 - Carnival Equipment Repairer                                   14.63
  28043 - Carnival Equpment Worker                                       9.24
  28210 - Gate Attendant/Gate Tender                                    13.01
  28310 - Lifeguard                                                     11.59
  28350 - Park Attendant (Aide)                                         14.56
  28510 - Recreation Aide/Health Facility Attendant                     10.62
  28515 - Recreation Specialist                                         18.04
  28630 - Sports Official                                               11.59
  28690 - Swimming Pool Operator                                        18.21
29000 - Stevedoring/Longshoremen Occupational Services
  29010 - Blocker And Bracer                                            23.13
  29020 - Hatch Tender                                                  23.13
  29030 - Line Handler                                                  23.13
  29041 - Stevedore I                                                   21.31
  29042 - Stevedore II                                                  24.24
30000 - Technical Occupations
  30010 - Air Traffic Control Specialist, Center (HFO)  (see 2)         38.00
  30011 - Air Traffic Control Specialist, Station (HFO) (see 2)         26.21
  30012 - Air Traffic Control Specialist, Terminal (HFO) (see 2)        28.86
  30021 - Archeological Technician I                                    18.93
  30022 - Archeological Technician II                                   21.11
  30023 - Archeological Technician III                                  27.56
  30030 - Cartographic Technician                                       27.56
  30040 - Civil Engineering Technician                                  24.01
  30061 - Drafter/CAD Operator I                                        19.89
  30062 - Drafter/CAD Operator II                                       22.25
  30063 - Drafter/CAD Operator III                                      24.80
  30064 - Drafter/CAD Operator IV                                       30.52
  30081 - Engineering Technician I                                      21.63
  30082 - Engineering Technician II                                     24.29
  30083 - Engineering Technician III                                    27.17
  30084 - Engineering Technician IV                                     33.66
  30085 - Engineering Technician V                                      41.16
  30086 - Engineering Technician VI                                     49.81
  30090 - Environmental Technician                                      24.92
  30210 - Laboratory Technician                                         23.38
  30240 - Mathematical Technician                                       28.94
  30361 - Paralegal/Legal Assistant I                                   21.36
  30362 - Paralegal/Legal Assistant II                                  26.47
  30363 - Paralegal/Legal Assistant III                                 32.36
  30364 - Paralegal/Legal Assistant IV                                  39.16
  30390 - Photo-Optics Technician                                       27.56
  30461 - Technical Writer I                                            21.84
  30462 - Technical Writer II                                           26.70
  30463 - Technical Writer III                                          32.31
  30491 - Unexploded Ordnance (UXO) Technician I                        24.15
  30492 - Unexploded Ordnance (UXO) Technician II                       29.22
  30493 - Unexploded Ordnance (UXO) Technician III                      35.03
  30494 - Unexploded (UXO) Safety Escort                                24.15
  30495 - Unexploded (UXO) Sweep Personnel                              24.15
  30620 - Weather Observer, Combined Upper Air Or       (see 2)         24.80
  Surface Programs
  30621 - Weather Observer, Senior                      (see 2)         27.56
31000 - Transportation/Mobile Equipment Operation Occupations
  31020 - Bus Aide                                                      13.02
  31030 - Bus Driver                                                    18.95
```

```
31043 - Driver Courier                              12.71
31260 - Parking and Lot Attendant                   10.07
31290 - Shuttle Bus Driver                          14.69
31310 - Taxi Driver                                 13.98
31361 - Truckdriver, Light                          14.69
31362 - Truckdriver, Medium                         17.18
31363 - Truckdriver, Heavy                          18.42
31364 - Truckdriver, Tractor-Trailer               18.42
99000 - Miscellaneous Occupations
99030 - Cashier                                     10.03
99050 - Desk Clerk                                  11.58
99095 - Embalmer                                    23.05
99251 - Laboratory Animal Caretaker I               11.30
99252 - Laboratory Animal Caretaker II              12.35
99310 - Mortician                                   31.73
99410 - Pest Controller                             16.01
99510 - Photofinishing Worker                       12.75
99710 - Recycling Laborer                           16.82
99711 - Recycling Specialist                        20.65
99730 - Refuse Collector                            14.91
99810 - Sales Clerk                                 12.09
99820 - School Crossing Guard                       13.43
99830 - Survey Party Chief                          21.94
99831 - Surveying Aide                              13.63
99832 - Surveying Technician                        20.85
99840 - Vending Machine Attendant                   14.43
99841 - Vending Machine Repairer                    18.73
99842 - Vending Machine Repairer Helper             14.43
```

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: Life, accident, and health insurance plans, sick leave, pension plans, civic and personal leave, severance pay, and savings and thrift plans. Minimum employer contributions costing an average of $3.35 per hour computed on the basis of all hours worked by service employees employed on the contract.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, Martin Luther King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b), this wage determination does not apply to any employee who individually qualifies as a bona fide executive, administrative, or professional employee as defined in 29 C.F.R. Part 541. Because

most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541.400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition, because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example, if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate, then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally, because job titles vary widely and change quickly in the computer industry, job titles are not determinative of the application of the computer professional exemption.  Therefore, the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:
    (1) The application of systems analysis techniques and procedures, including consulting with users, to determine hardware, software or system functional specifications;
    (2) The design, development, documentation, analysis, creation, testing or modification of computer systems or programs, including prototypes, based on and related to user or system design specifications;
    (3) The design, documentation, testing, creation or modification of computer programs related to machine operating systems; or
    (4) A combination of the aforementioned duties, the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials.  This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder.  All dry-house activities involving propellants or explosives.
    Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials.  All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arns of the employee engaged in the operation,  irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations", Fifth Edition, April 2006, unless otherwise indicated. Copies of the Directory are available on the Internet. A links to the Directory may be found on the WHD home page at http://www.dol. gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web site at http://wdol.gov/.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination.  Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined.  Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees.  The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi)) When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each

proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

wage_determination

WD 05-2104 (Rev.-12) was first posted on www.wdol.gov on 06/22/2010
************************************************************************

| REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR |
|---|---|
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | WASHINGTON D.C.  20210 |

| | |
|---|---|
| Shirley F. Ebbesen    Division of<br>Director    Wage Determinations | Wage Determination No.: 2005-2104<br>Revision No.: 12<br>Date Of Revision: 06/15/2010 |

States: District of Columbia, Maryland, Virginia

Area: District of Columbia Statewide
Maryland Counties of Calvert, Charles, Frederick, Montgomery, Prince
George's, St Mary's
Virginia Counties of Alexandria, Arlington, Fairfax, Falls Church, Fauquier,
King George, Loudoun, Prince William, Stafford

_____

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.08 |
| 01012 - Accounting Clerk II | | 16.92 |
| 01013 - Accounting Clerk III | | 22.30 |
| 01020 - Administrative Assistant | | 31.41 |
| 01040 - Court Reporter | | 21.84 |
| 01051 - Data Entry Operator I | | 14.38 |
| 01052 - Data Entry Operator II | | 15.69 |
| 01060 - Dispatcher, Motor Vehicle | | 17.87 |
| 01070 - Document Preparation Clerk | | 14.21 |
| 01090 - Duplicating Machine Operator | | 14.21 |
| 01111 - General Clerk I | | 14.88 |
| 01112 - General Clerk II | | 16.24 |
| 01113 - General Clerk III | | 18.74 |
| 01120 - Housing Referral Assistant | | 25.29 |
| 01141 - Messenger Courier | | 13.62 |
| 01191 - Order Clerk I | | 15.12 |
| 01192 - Order Clerk II | | 16.50 |
| 01261 - Personnel Assistant (Employment) I | | 18.15 |
| 01262 - Personnel Assistant (Employment) II | | 20.32 |
| 01263 - Personnel Assistant (Employment) III | | 22.65 |
| 01270 - Production Control Clerk | | 22.03 |
| 01280 - Receptionist | | 14.43 |
| 01290 - Rental Clerk | | 16.55 |
| 01300 - Scheduler, Maintenance | | 18.07 |
| 01311 - Secretary I | | 18.07 |
| 01312 - Secretary II | | 20.18 |
| 01313 - Secretary III | | 25.29 |
| 01320 - Service Order Dispatcher | | 16.98 |
| 01410 - Supply Technician | | 28.55 |
| 01420 - Survey Worker | | 20.03 |
| 01531 - Travel Clerk I | | 13.29 |
| 01532 - Travel Clerk II | | 14.36 |
| 01533 - Travel Clerk III | | 15.49 |
| 01611 - Word Processor I | | 15.63 |
| 01612 - Word Processor II | | 17.67 |
| 01613 - Word Processor III | | 19.95 |
| 05000 - Automotive Service Occupations | | |
| 05005 - Automobile Body Repairer, Fiberglass | | 25.26 |
| 05010 - Automotive Electrician | | 23.51 |
| 05040 - Automotive Glass Installer | | 22.15 |
| 05070 - Automotive Worker | | 22.15 |
| 05110 - Mobile Equipment Servicer | | 19.04 |
| 05130 - Motor Equipment Metal Mechanic | | 24.78 |
| 05160 - Motor Equipment Metal Worker | | 22.15 |
| 05190 - Motor Vehicle Mechanic | | 24.78 |
| 05220 - Motor Vehicle Mechanic Helper | | 18.49 |

EXHIBIT
3

wage_determination

```
05250 - Motor Vehicle Upholstery Worker
05280 - Motor Vehicle Wrecker                                       21.63
05310 - Painter, Automotive                                         22.15
05340 - Radiator Repair Specialist                                  23.51
05370 - Tire Repairer                                               22.15
05400 - Transmission Repair Specialist                              14.44
                                                                    24.78
07000 - Food Preparation And Service Occupations
  07010 - Baker                                                     13.85
  07041 - Cook I                                                    12.55
  07042 - Cook II                                                   14.60
  07070 - Dishwasher                                                10.11
  07130 - Food Service Worker                                       10.66
  07210 - Meat Cutter                                               18.08
  07260 - Waiter/Waitress                                            9.70
09000 - Furniture Maintenance And Repair Occupations
  09010 - Electrostatic Spray Painter                               19.86
  09040 - Furniture Handler                                         14.06
  09080 - Furniture Refinisher                                      20.23
  09090 - Furniture Refinisher Helper                               15.52
  09110 - Furniture Repairer, Minor                                 17.94
  09130 - Upholsterer                                               19.86
11000 - General Services And Support Occupations
  11030 - Cleaner, Vehicles                                         10.54
  11060 - Elevator Operator                                         10.54
  11090 - Gardener                                                  17.52
  11122 - Housekeeping Aide                                         11.83
  11150 - Janitor                                                   11.83
  11210 - Laborer, Grounds Maintenance                              13.07
  11240 - Maid or Houseman                                          11.26
  11260 - Pruner                                                    11.58
  11270 - Tractor Operator                                          16.04
  11330 - Trail Maintenance Worker                                  13.07
  11360 - Window Cleaner                                            12.85
12000 - Health Occupations
  12010 - Ambulance Driver                                          20.41
  12011 - Breath Alcohol Technician                                 20.27
  12012 - Certified Occupational Therapist Assistant                23.11
  12015 - Certified Physical Therapist Assistant                    21.43
  12020 - Dental Assistant                                          17.18
  12025 - Dental Hygienist                                          44.75
  12030 - EKG Technician                                            27.67
  12035 - Electroneurodiagnostic Technologist                       27.67
  12040 - Emergency Medical Technician                              20.41
  12071 - Licensed Practical Nurse I                                19.07
  12072 - Licensed Practical Nurse II                               21.35
  12073 - Licensed Practical Nurse III                              24.13
  12100 - Medical Assistant                                         15.01
  12130 - Medical Laboratory Technician                             18.04
  12160 - Medical Record Clerk                                      17.42
  12190 - Medical Record Technician                                 19.50
  12195 - Medical Transcriptionist                                  18.77
  12210 - Nuclear Medicine Technologist                             37.60
  12221 - Nursing Assistant I                                       10.80
  12222 - Nursing Assistant II                                      12.14
  12223 - Nursing Assistant III                                     13.98
  12224 - Nursing Assistant IV                                      15.69
  12235 - Optical Dispenser                                         20.17
  12236 - Optical Technician                                        15.80
  12250 - Pharmacy Technician                                       18.12
  12280 - Phlebotomist                                              15.69
  12305 - Radiologic Technologist                                   31.11
  12311 - Registered Nurse I                                        27.64
  12312 - Registered Nurse II                                       33.44
  12313 - Registered Nurse II, Specialist                           33.44
  12314 - Registered Nurse III                                      40.13
  12315 - Registered Nurse III, Anesthetist                         40.13
  12316 - Registered Nurse IV                                       48.10
  12317 - Scheduler (Drug and Alcohol Testing)                      21.73
13000 - Information And Arts Occupations
  13011 - Exhibits Specialist I                                     19.86
```

wage_determination

| | |
|---|---|
| 13012 – Exhibits Specialist II | 24.61 |
| 13013 – Exhibits Specialist III | 30.09 |
| 13041 – Illustrator I | 20.48 |
| 13042 – Illustrator II | 25.38 |
| 13043 – Illustrator III | 31.03 |
| 13047 – Librarian | 33.88 |
| 13050 – Library Aide/Clerk | 14.21 |
| 13054 – Library Information Technology Systems Administrator | 30.60 |
| 13058 – Library Technician | 19.89 |
| 13061 – Media Specialist I | 18.73 |
| 13062 – Media Specialist II | 20.95 |
| 13063 – Media Specialist III | 23.36 |
| 13071 – Photographer I | 16.65 |
| 13072 – Photographer II | 18.90 |
| 13073 – Photographer III | 23.67 |
| 13074 – Photographer IV | 28.65 |
| 13075 – Photographer V | 33.76 |
| 13110 – Video Teleconference Technician | 20.39 |
| 14000 – Information Technology Occupations | |
| 14041 – Computer Operator I | 18.92 |
| 14042 – Computer Operator II | 21.18 |
| 14043 – Computer Operator III | 23.60 |
| 14044 – Computer Operator IV | 26.22 |
| 14045 – Computer Operator V | 29.05 |
| 14071 – Computer Programmer I           (see 1) | 26.36 |
| 14072 – Computer Programmer II          (see 1) | |
| 14073 – Computer Programmer III         (see 1) | |
| 14074 – Computer Programmer IV          (see 1) | |
| 14101 – Computer Systems Analyst I      (see 1) | |
| 14102 – Computer Systems Analyst II     (see 1) | |
| 14103 – Computer Systems Analyst III    (see 1) | |
| 14150 – Peripheral Equipment Operator | 18.92 |
| 14160 – Personal Computer Support Technician | 26.22 |
| 15000 – Instructional Occupations | |
| 15010 – Aircrew Training Devices Instructor (Non-Rated) | 36.47 |
| 15020 – Aircrew Training Devices Instructor (Rated) | 44.06 |
| 15030 – Air Crew Training Devices Instructor (Pilot) | 52.81 |
| 15050 – Computer Based Training Specialist / Instructor | 36.47 |
| 15060 – Educational Technologist | 35.31 |
| 15070 – Flight Instructor (Pilot) | 52.81 |
| 15080 – Graphic Artist | 26.80 |
| 15090 – Technical Instructor | 25.08 |
| 15095 – Technical Instructor/Course Developer | 30.67 |
| 15110 – Test Proctor | 20.20 |
| 15120 – Tutor | 20.20 |
| 16000 – Laundry, Dry-Cleaning, Pressing And Related Occupations | |
| 16010 – Assembler | 9.88 |
| 16030 – Counter Attendant | 9.88 |
| 16040 – Dry Cleaner | 12.94 |
| 16070 – Finisher, Flatwork, Machine | 9.88 |
| 16090 – Presser, Hand | 9.88 |
| 16110 – Presser, Machine, Drycleaning | 9.88 |
| 16130 – Presser, Machine, Shirts | 9.88 |
| 16160 – Presser, Machine, Wearing Apparel, Laundry | 9.88 |
| 16190 – Sewing Machine Operator | 13.78 |
| 16220 – Tailor | 14.66 |
| 16250 – Washer, Machine | 10.88 |
| 19000 – Machine Tool Operation And Repair Occupations | |
| 19010 – Machine-Tool Operator (Tool Room) | 21.14 |
| 19040 – Tool And Die Maker | 23.38 |
| 21000 – Materials Handling And Packing Occupations | |
| 21020 – Forklift Operator | 18.02 |
| 21030 – Material Coordinator | 22.03 |
| 21040 – Material Expediter | 22.03 |
| 21050 – Material Handling Laborer | 13.83 |
| 21071 – Order Filler | 15.09 |
| 21080 – Production Line Worker (Food Processing) | 18.02 |
| 21110 – Shipping Packer | 15.09 |
| 21130 – Shipping/Receiving Clerk | 15.09 |

wage_determination

```
     21140 - Store Worker I                                         11.72
     21150 - Stock Clerk                                            16.86
     21210 - Tools And Parts Attendant                             18.02
     21410 - Warehouse Specialist                                  18.02
  23000 - Mechanics And Maintenance And Repair Occupations
     23010 - Aerospace Structural Welder                           27.21
     23021 - Aircraft Mechanic I                                   25.83
     23022 - Aircraft Mechanic II                                  27.21
     23023 - Aircraft Mechanic III                                 28.53
     23040 - Aircraft Mechanic Helper                              17.54
     23050 - Aircraft, Painter                                     24.73
     23060 - Aircraft Servicer                                     19.76
     23080 - Aircraft Worker                                       21.01
     23110 - Appliance Mechanic                                    21.75
     23120 - Bicycle Repairer                                      14.43
     23125 - Cable Splicer                                         26.02
     23130 - Carpenter, Maintenance                                21.40
     23140 - Carpet Layer                                          20.49
     23160 - Electrician, Maintenance                              27.98
     23181 - Electronics Technician Maintenance I                  24.94
     23182 - Electronics Technician Maintenance II                 26.47
     23183 - Electronics Technician Maintenance III                27.89
     23260 - Fabric Worker                                         19.13
     23290 - Fire Alarm System Mechanic                            22.91
     23310 - Fire Extinguisher Repairer                            17.62
     23311 - Fuel Distribution System Mechanic                     22.81
     23312 - Fuel Distribution System Operator                     19.38
     23370 - General Maintenance Worker                            21.43
     23380 - Ground Support Equipment Mechanic                     25.83
     23381 - Ground Support Equipment Servicer                     19.76
     23382 - Ground Support Equipment Worker                       21.01
     23391 - Gunsmith I                                            17.62
     23392 - Gunsmith II                                           20.49
     23393 - Gunsmith III                                          22.91
     23410 - Heating, Ventilation And Air-Conditioning
  Mechanic                                                         23.89
     23411 - Heating, Ventilation And Air Contditioning
  Mechanic (Research Facility)                                     25.17
     23430 - Heavy Equipment Mechanic                              22.91
     23440 - Heavy Equipment Operator                              22.91
     23460 - Instrument Mechanic                                   22.59
     23465 - Laboratory/Shelter Mechanic                           21.75
     23470 - Laborer                                               14.98
     23510 - Locksmith                                             21.90
     23530 - Machinery Maintenance Mechanic                        23.12
     23550 - Machinist, Maintenance                                22.91
     23580 - Maintenance Trades Helper                             18.27
     23591 - Metrology Technician I                                22.59
     23592 - Metrology Technician II                               23.80
     23593 - Metrology Technician III                              24.96
     23640 - Millwright                                            28.19
     23710 - Office Appliance Repairer                             22.96
     23760 - Painter, Maintenance                                  21.75
     23790 - Pipefitter, Maintenance                               24.63
     23810 - Plumber, Maintenance                                  22.29
     23820 - Pneudraulic Systems Mechanic                          22.91
     23850 - Rigger                                                22.91
     23870 - Scale Mechanic                                        20.49
     23890 - Sheet-Metal Worker, Maintenance                       22.91
     23910 - Small Engine Mechanic                                 20.49
     23931 - Telecommunications Mechanic I                         29.95
     23932 - Telecommunications Mechanic II                        31.55
     23950 - Telephone Lineman                                     27.41
     23960 - Welder, Combination, Maintenance                      22.91
     23965 - Well Driller                                          22.91
     23970 - Woodcraft Worker                                      22.91
     23980 - Woodworker                                            17.62
  24000 - Personal Needs Occupations
     24570 - Child Care Attendant                                  12.79
     24580 - Child Care Center Clerk                               17.77
```

wage_determination

```
24610 - Chore Aide                                           10.57
24620 - Family Readiness And Support Services                16.90
Coordinator
24630 - Homemaker                                            18.43
25000 - Plant And System Operations Occupations
  25010 - Boiler Tender                                      27.30
  25040 - Sewage Plant Operator                              20.84
  25070 - Stationary Engineer                                27.30
  25190 - Ventilation Equipment Tender                       19.49
  25210 - Water Treatment Plant Operator                     20.84
27000 - Protective Service Occupations
  27004 - Alarm Monitor                                      20.57
  27007 - Baggage Inspector                                  12.71
  27008 - Corrections Officer                                22.80
  27010 - Court Security Officer                             24.72
  27030 - Detection Dog Handler                              20.57
  27040 - Detention Officer                                  22.80
  27070 - Firefighter                                        24.63
  27101 - Guard I                                            12.71
  27102 - Guard II                                           20.57
  27131 - Police Officer I                                   26.52
  27132 - Police Officer II                                  29.67
28000 - Recreation Occupations
  28041 - Carnival Equipment Operator                        13.59
  28042 - Carnival Equipment Repairer                        14.63
  28043 - Carnival Equpment Worker                            9.24
  28210 - Gate Attendant/Gate Tender                         13.01
  28310 - Lifeguard                                          11.59
  28350 - Park Attendant (Aide)                              14.56
  28510 - Recreation Aide/Health Facility Attendant          10.62
  28515 - Recreation Specialist                              18.04
  28630 - Sports Official                                    11.59
  28690 - Swimming Pool Operator                             18.21
29000 - Stevedoring/Longshoremen Occupational Services
  29010 - Blocker And Bracer                                 23.13
  29020 - Hatch Tender                                       23.13
  29030 - Line Handler                                       23.13
  29041 - Stevedore I                                        21.31
  29042 - Stevedore II                                       24.24
30000 - Technical Occupations
  30010 - Air Traffic Control Specialist, Center (HFO)  (see 2)  39.92
  30011 - Air Traffic Control Specialist, Station (HFO)  (see 2)  26.84
  30012 - Air Traffic Control Specialist, Terminal (HFO) (see 2)  29.56
  30021 - Archeological Technician I                         20.19
  30022 - Archeological Technician II                        22.60
  30023 - Archeological Technician III                       27.98
  30030 - Cartographic Technician                            27.98
  30040 - Civil Engineering Technician                       26.41
  30061 - Drafter/CAD Operator I                             20.19
  30062 - Drafter/CAD Operator II                            22.60
  30063 - Drafter/CAD Operator III                           25.19
  30064 - Drafter/CAD Operator IV                            31.00
  30081 - Engineering Technician I                           22.92
  30082 - Engineering Technician II                          25.72
  30083 - Engineering Technician III                         28.79
  30084 - Engineering Technician IV                          35.64
  30085 - Engineering Technician V                           43.61
  30086 - Engineering Technician VI                          52.76
  30090 - Environmental Technician                           27.41
  30210 - Laboratory Technician                              23.38
  30240 - Mathematical Technician                            28.94
  30361 - Paralegal/Legal Assistant I                        21.36
  30362 - Paralegal/Legal Assistant II                       26.47
  30363 - Paralegal/Legal Assistant III                      32.36
  30364 - Paralegal/Legal Assistant IV                       39.16
  30390 - Photo-Optics Technician                            27.98
  30461 - Technical Writer I                                 21.93
  30462 - Technical Writer II                                26.84
  30463 - Technical Writer III                               32.47
  30491 - Unexploded Ordnance (UXO) Technician I             24.74
```

```
                         wage_determination
30492 - Unexploded Ordnance (UXO) Technician II              29.93
30493 - Unexploded Ordnance (UXO) Technician III             35.88
30494 - Unexploded (UXO) Safety Escort                       24.74
30495 - Unexploded (UXO) Sweep Personnel                     24.74
30620 - Weather Observer, Combined Upper Air Or    (see 2)   25.19
Surface Programs
30621 - Weather Observer, Senior                   (see 2)   27.98
31000 - Transportation/Mobile Equipment Operation Occupations
31020 - Bus Aide                                             14.32
31030 - Bus Driver                                           20.85
31043 - Driver Courier                                       13.98
31260 - Parking and Lot Attendant                            10.07
31290 - Shuttle Bus Driver                                   15.66
31310 - Taxi Driver                                          13.98
31361 - Truckdriver, Light                                   15.66
31362 - Truckdriver, Medium                                  17.90
31363 - Truckdriver, Heavy                                   19.18
31364 - Truckdriver, Tractor-Trailer                         19.18
99000 - Miscellaneous Occupations
99030 - Cashier                                              10.03
99050 - Desk Clerk                                           11.58
99095 - Embalmer                                             23.05
99251 - Laboratory Animal Caretaker I                        11.30
99252 - Laboratory Animal Caretaker II                       12.35
99310 - Mortician                                            31.73
99410 - Pest Controller                                      17.69
99510 - Photofinishing Worker                                13.20
99710 - Recycling Laborer                                    18.50
99711 - Recycling Specialist                                 22.71
99730 - Refuse Collector                                     16.40
99810 - Sales Clerk                                          12.09
99820 - School Crossing Guard                                13.43
99830 - Survey Party Chief                                   21.94
99831 - Surveying Aide                                       13.63
99832 - Surveying Technician                                 20.85
99840 - Vending Machine Attendant                            14.43
99841 - Vending Machine Repairer                             18.73
99842 - Vending Machine Repairer Helper                      14.43
```

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: Life, accident, and health insurance plans, sick leave, pension plans, civic and personal leave, severance pay, and savings and thrift plans. Minimum employer contributions costing an average of $3.50 per hour computed on the basis of all hours worked by service employees employed on the contract.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, Martin Luther King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b), this wage determination does not apply to any employee who individually qualifies as a bona fide executive, administrative, or professional employee as defined in 29 C.F.R. Part 541. Because

wage_determination

most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals. (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition, because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example, if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate,
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally, because job titles vary widely and change quickly in the computer
industry, job titles are not determinative of the application of the computer
professional exemption. Therefore, the exemption applies only to computer employees
who satisfy the compensation requirements and whose primary duty consists of:
    (1) The application of systems analysis techniques and procedures, including
consulting with users, to determine hardware, software or system functional
specifications;
    (2) The design, development, documentation, analysis, creation, testing or
modification of computer systems or programs, including prototypes, based on and
related to user or system design specifications;
    (3) The design, documentation, testing, creation or modification of computer
programs related to machine operating systems; or
    (4) A combination of the aforementioned duties, the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you
work at night as part of a regular tour of duty, you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees
employed in a position that represents a high degree of hazard when working with or
in close proximity to ordinance, explosives, and incendiary materials.  This
includes work such as screening, blending, dying, mixing, and pressing of sensitive
ordance, explosives, and pyrotechnic compositions such as lead azide, black powder
and photoflash powder.  All dry-house activities involving propellants or explosives.
    Demilitarization, modification, renovation, demolition, and maintenance operations
on sensitive ordnance, explosives and incendiary materials.  All operations
involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with, or in close proximity to
ordance, (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands, face, or arms of the
employee engaged in the operation,  irritation of the skin, minor burns and the
like; minimal damage to immediate or adjacent work area or equipment being used.
All operations involving, unloading, storage, and hauling of ordance, explosive, and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract, by the employer, by the state or
local law, etc.), the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

Page 7

wage_determination

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations", Fifth Edition, April 2006, unless otherwise indicated. Copies of the Directory are available on the Internet. A links to the Directory may be found on the WHD home page at http://www.dol. gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web site at http://wdol.gov/.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

Page 8

wage_determination
6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of
Occupations" (the Directory) should be used to compare job definitions to insure
that duties requested are not performed by a classification already listed in the
wage determination.  Remember, it is not the job title, but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split, combine, or subdivide
classifications listed in the wage determination.

RICOH  Document Efficiency At Work.

Pay Date: 09/03/2010 - Regular

Ricoh Americas Corp
3920 Arkwright Rd Ste 400
Macon, GA 31210

Issa Conteh
Apt 202
2802 Hollywood Rd
Falls Church, VA 22043-3617

| User ID | ***-**-7914 | | Pay Advice # | 2586332 |
| Employee ID | 227284 | | Period Begin Date | 08/16/2010 |
| Department | 049761 | | Period End Date | 08/29/2010 |
| Base Pay Rate | $16.00 | | Pay Frequency | Bi-weekly |

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 3 | | Loc 1: |
| Primary State | VA | | 1 | | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

**Messages**

***REMINDER*** Pay Statements are available for viewing the Thursday before the Friday Pay Day. Employee Leave Balances will soon be available to employees and managers in Oracle HRMS. Details to follow shortly.

| Earnings | | Rate | Hours | This Period | YTD |
|---|---|---|---|---|---|
| Regular Pay | | 16.00 | 64.00 | 1,023.68 | 18,442.24 |
| Sick | | 16.00 | 8.00 | 127.96 | 623.81 |
| Bereavement | | 16.00 | | 0.00 | 127.96 |
| Floating Holiday | | 16.00 | | 0.00 | 511.84 |
| Holiday | | 16.00 | | 0.00 | 511.84 |
| Vacation | | 16.00 | | 0.00 | 1,919.40 |
| Vacation Purchase | | 16.00 | | 0.00 | 511.84 |
| **TOTAL EARNINGS:** | | | | **$1,151.64** | **$22,648.93** |

| PRE-TAX DEDUCTIONS | This Period | YTD |
|---|---|---|
| Dental | 11.46 | 206.28 |
| Medical | 131.89 | 2,374.02 |
| TOTAL PRE-TAX DEDUCTIONS: | $143.35 | $2,580.30 |

| Taxes | This Period | YTD |
|---|---|---|
| Social Security | 62.87 | 1,250.69 |
| Medicare | 14.70 | 292.50 |
| Federal Withholding | 45.62 | 1,109.01 |
| VA State Withholding | 39.71 | 825.18 |
| Total Taxes : | $162.90 | $3,477.38 |

| AFTER-TAX DEDUCTIONS | This Period | YTD |
|---|---|---|
| TOTAL AFTER-TAX DEDUCTIONS: | $0.00 | $0.00 |

| Net Pay | This Period | YTD |
|---|---|---|
| Total Net Pay : | $845.39 | $16,591.25 |

| TAXABLE EARNINGS THAT DO NOT ADD TO GROSS & OTHER BENEFIT INFORMATION | This Period | YTD |
|---|---|---|
| Imputed Income | 5.77 | 103.86 |
| Sick Accrual | 1.85 | |

**SICK & VACATION BALANCE SUMMARY**

| Leave Type | Carry Over/Adjustments | Accrued | Taken | Anniversary Award | Current Balance | Service Date |
|---|---|---|---|---|---|---|
| SICK | 10.00 | 12.95 | 21.00 | 0.00 | 1.95 | 06/01/2003 |
| VACATION | 1.00 | 120.00 | 120.00 | 0.00 | 1.00 | 06/01/2003 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Gross Earnings | $1,151.64 | $22,648.93 |
| Pre-Tax Deductions | $143.35 | $2,580.30 |
| Federal Taxable Wages | $1,014.06 | $20,172.49 |
| Social Security Taxable Wages | $1,014.06 | $20,172.49 |
| Medicare (HI) Taxable Wages | $1,014.06 | $20,172.49 |
| State Taxable Wages | $1,014.06 | $20,172.49 |
| Total Taxes | $162.90 | $3,477.38 |
| After-Tax Deductions | $0.00 | $0.00 |
| Net Pay | $845.39 | $16,591.25 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| checking | Checking or Money Market | $845.39 | 6817590 | Transportation FCU |

Bumbling No. 5208   EXHIBIT 4

**RICOH** Document Efficiency At Work.

**Pay Date: 10/29/2010 - Regular**

Ricoh Americas Corp
3920 Arkwright Rd Ste 400
Macon, GA 31210

Issa Conteh
Apt 202
2802 Hollywood Rd
Falls Church, VA 22043-3617

| | | | | |
|---|---|---|---|---|
| User ID | ***-**-7914 | Pay Advice # | 2695865 | |
| Employee ID | 227284 | Period Begin Date | 10/11/2010 | |
| Department | 049761 | Period End Date | 10/24/2010 | |
| Base Pay Rate | $16.31 | Pay Frequency | Bi-weekly | |

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 3 | | Loc 1: |
| Primary State | VA | | 1 | | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

**Messages**

**** *Security Enhancement Coming Soon* **** Beginning October 29, 2010, when you log into Paperless Pay (ePayroll), you will have a one-time initial enrollment after you enter your user ID and password. If you would like more information or would like to preview the process, please visit www.talx.com/enhancedlogin.

| Earnings | | | Rate | Hours | This Period | YTD |
|---|---|---|---|---|---|---|
| Regular Pay | | | 16.31 | 72.00 | 1,174.32 | 22,487.12 |
| Holiday | | | 16.31 | 8.00 | 130.48 | 772.80 |
| Bereavement | | | 16.31 | | 0.00 | 127.96 |
| Floating Holiday | | | 16.31 | | 0.00 | 511.84 |
| Sick | | | 16.31 | | 0.00 | 623.81 |
| Vacation | | | 16.31 | | 0.00 | 1,919.40 |
| Vacation Purchase | | | 16.31 | | 0.00 | 511.84 |
| TOTAL EARNINGS: | | | | | $1,304.80 | $26,954.77 |

| PRE-TAX DEDUCTIONS | This Period | YTD |
|---|---|---|
| Dental | 11.46 | 252.12 |
| Medical | 131.89 | 2,901.58 |
| TOTAL PRE-TAX DEDUCTIONS: | $143.35 | $3,153.70 |

| Taxes | This Period | YTD |
|---|---|---|
| Social Security | 72.37 | 1,483.54 |
| Medicare | 16.93 | 346.96 |
| Federal Withholding | 68.59 | 1,251.00 |
| VA State Withholding | 48.52 | 967.18 |
| Total Taxes : | $206.41 | $4,048.68 |

| AFTER-TAX DEDUCTIONS | This Period | YTD |
|---|---|---|
| TOTAL AFTER-TAX DEDUCTIONS: | $0.00 | $0.00 |

| Net Pay | This Period | YTD |
|---|---|---|
| Total Net Pay : | $955.04 | $19,752.39 |

| TAXABLE EARNINGS THAT DO NOT ADD TO GROSS & OTHER BENEFIT INFORMATION | This Period | YTD |
|---|---|---|
| Imputed Income | 5.77 | 126.94 |
| Sick Accrual | 1.85 | |

**SICK & VACATION BALANCE SUMMARY**

| Leave Type | Carry Over/Adjustments | Accrued | Taken | Anniversary Award | Current Balance | Service Date |
|---|---|---|---|---|---|---|
| SICK | 10.00 | 20.35 | 21.00 | 0.00 | 9.35 | 06/01/2003 |
| VACATION | 1.00 | 120.00 | 120.00 | 0.00 | 1.00 | 06/01/2003 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Gross Earnings | $1,304.80 | $26,954.77 |
| Pre-Tax Deductions | $143.35 | $3,153.70 |
| Federal Taxable Wages | $1,167.22 | $23,928.01 |
| Social Security Taxable Wages | $1,167.22 | $23,928.01 |
| Medicare (HI) Taxable Wages | $1,167.22 | $23,928.01 |
| State Taxable Wages | $1,167.22 | $23,928.01 |
| Total Taxes | $206.41 | $4,048.68 |
| After-Tax Deductions | $0.00 | $0.00 |
| Net Pay | $955.04 | $19,752.39 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| checking | Checking or Money Market | $955.04 | 6817590 | Transportation FCU |



**IAP WORLD SERVICES**

IAP World Services, Inc.
7315 N. Atlantic Ave.
Cape Canaveral, FL. 32920

# Earnings Statement

Period Ending: 06/10/2006
Pay Date: 06/16/2006

00000000394
**ISSA CONTEH**
**457 N ARMISTEAD ST**
**#12**
**ALEXANDRIA, VA 22312**

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
DC: 1
VA: 1

Social Security Number: XXX-XX-7914

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40.00 | | 548.80 | 11,140.64 |
| Benefit Allow. | | | 112.90 | 2,244.62 |
| Holiday | | | | 329.28 |
| **Gross Pay** | | | **$661.70** | 13,714.54 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 0.65 | 13.65 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -74.04 | 1,160.83 |
| | Social Security Tax | -40.66 | 842.68 |
| | Medicare Tax | -9.51 | 197.08 |
| | VA State Income Tax | -28.41 | 576.95 |
| | | | |
| | **Other** | | |
| | Check Ach | -498.93 | |
| | Child Life | -0.50 | 10.56 |
| | Dental | -3.15* | 66.15 |
| | Short Term Dis | -3.15 | 66.15 |
| | Suppl A D & D | -0.84* | 17.68 |
| | Suppl Life | -0.51* | 10.77 |
| | Vision | -2.00* | 42.00 |
| | **Net Pay** | | **$0.00** |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $655.20
  Your DC taxable wages this period are $655.20
  Your VA taxable wages this period are $655.20

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**IAP WORLD SERVICES**

IAP World Services, Inc.
7315 N. Atlantic Ave.
Cape Canaveral, FL. 32920

Advice number: 00000240458
Pay date: 06/16/2006

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ISSA CONTEH | 6817514 | 2540 7539 | $498.93 |

**NON-NEGOTIABLE**

EXHIBIT
5



# APPLEONE EMPLOYMENT SERVICES

**AppleOne**

Phone: (818) 240-8688

| Employee # | Employee Name |
|---|---|
| A1449658 | (9970) |
| CONTEH, ISSA | |

## STATEMENT OF EARNINGS AND DEDUCTIONS - DETACH AND RETAIN FOR YOUR RECORDS

| Social Sec. # | Period Ending | Check/Advice Date | Check/Advice # |
|---|---|---|---|
| *****7914 | 04/14/07 | 04/20/07 | 00103267A |

| Earnings Code | Units | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Holiday (Non-bil | | .00 | | 494.40 |
| Medical Ins Non | | 3.50~ | 120.40 | 1,637.44 |
| Standard Hours | 40.00 | 15.45 | 618.00 | 7,848.60 |
| Vacation - Temp | 40.00 | .00 | | 61.80 |

| Current Earnings | 738.40 | 10,042.24 |
|---|---|---|

| Tax Withholdings | Tax Amt | YTD Tax | YTD Tax Wage |
|---|---|---|---|
| FEDERAL TAX | 66.51 | 842.53 | 10,042.24 |
| MEDICARE TAX | 10.70 | 145.61 | 10,042.24 |
| OASDI TAX | 45.78 | 622.62 | 10,042.24 |
| VA STATE TAX | 31.20 | 404.37 | 10,042.24 |

| Current Taxes | 154.19 | 2,015.13 |
|---|---|---|

| Deductions | Amount | YTD Amount |
|---|---|---|
| Our Deductions | | |

| Net Pay | 584.21 |
|---|---|

---

## *** DIRECT DEPOSIT STATEMENT - NON-NEGOTIABLE ***

*** DIRECT DEPOSIT STATEMENT *** NON-NEGOTIABLE ***

**PAY**

** *DIRECT DEPOSIT STATEMENT - NON-NEGOTIABLE* **

| CHECK DATE | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|
| 04/20/07 | 00103267A | *NON-NEGOTIABLE* |

**TO THE**
**ORDER**
**OF**

9970-01PRBVAD
CONTEH, ISSA
457 N. ARMISTEAD STREET #12

ALEXANDRIA    VA 22312

VIRGINIA

NO. 00103267A

HOWROYD-WRIGHT EMPLOYMENT AGENCY, INC.
*** NON-NEGOTIABLE ***